# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

LEROY GOODWIN,

    Petitioner

v.                                 CIVIL ACTION NO. 3: 11-30011 -MAP

ANDREW PALLITO, Commissioner,

    Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the petitioner's petition for writ of habeas corpus.

SARAH A. THORNTON,
CLERK OF COURT

Dated:  February 22, 2011          By  /s/ *Maurice G. Lindsay*

                                     Maurice G. Lindsay
                                     Deputy Clerk

(Civil Judgment of Dismissal-3 Ptf v. Dft.wpd - 11/98)
[jgm.]